Philip A. Fant (SBN 154600)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, California 94104
Telephone: 415.617.6100
Facsimile: 415.617.6101

pfant@cozen.com

E-filing

Attorneys for Plaintiff
Lexington Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lexington Insurance Company,   ) CV 08 No.: 2982
                               )
        Plaintiff,             ) COMPLAINT
                               )
    vs.                        )                        MEJ
                               )
Tug VEGA, Tug OCEAN WRESTLER, their )
engines, tackle, apparel, appurtenances, etc., and )
Barge OCEAN OREGON, *in rem*, Seaway Towing )
Company, Sea-Link Marine Services Ltd., Pacific )
Link Ocean Services and David Weiss, *in personam*, )
                               )
        Defendants.            )
_____)

Plaintiff, Lexington Insurance Company, alleges upon information and belief as follows:

(Jurisdiction)

1. This is an admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure. This Court has jurisdiction of this matter under 28 U.S.C. § 1333.

(Venue and Intradistrict Assignment)

2. Venue properly lies in this district under 28 U.S.C. § 1391(b). This action arises from events occurring in San Mateo County and thus, under Civil Local Rule 3-2(d), is properly assigned to the San Francisco Division.

3. At all material times herein, defendant Tug VEGA was and is, upon information and belief, a documented vessel of the United States and is now, or will be during the pendency of this action, within this district.

COMPLAINT                                   1

4. At all material times herein, defendant tug OCEAN WRESTLER was and is a Panamanian-flagged vessel and is now, or will be during the pendency of this action, within this district.

5. At all material times herein, defendant Barge OCEAN OREGON was and is a documented vessel of the United States and is now, or will be during the pendency of this action, within this district.

6. At all material times herein, defendant Seaway Towing Company was and is a California corporation, domiciled at Alameda, California and doing business in California.

7. At all material times herein, defendant Seaway Towing Company was and is the owner, operator and manager of the Tug VEGA.

8. At all material times herein, defendant Sea-Link Marine Services Ltd. was and is a Canadian corporation or similar entity, doing business in California.

9. At all material times herein, defendant Sea-Link Marine Services Ltd. was and is the operator and manager of the Tug OCEAN WRESTLER.

10. At all material times herein, defendant Pacific Link Ocean Services was and is a Barbados corporation or similar entity, doing business in California.

11. At all material times herein, defendant Pacific Link Ocean Services was and is the owner and operator of the Tug OCEAN WRESTLER.

12. At all material times herein, defendant David Weiss, was and is a citizen of California, residing in this district.

13. At all material times herein defendant David Weiss, acted as pilot in the positioning of the Barge OCEAN OREGON, as described below.

14. At all material times, plaintiff Lexington Insurance Company, insured the Port of Redwood City, a California municipal corporation, and its "F" Dock (also known as the Port's "Guest Dock") located in Redwood City, California, on San Francisco Bay, a navigable waterway.

15. On or about June 24, 2005, the Port of Redwood City's "F" Dock was damaged by propeller and wave wash caused by the positioning of the Barge OCEAN OREGON at the nearby Cargill Salt Dock, located on San Francisco Bay at Redwood City, California.

16. As a direct and proximate result of the damage done to the Port of Redwood City's "F" Dock, as aforesaid, repair costs exceeding $230,215.17 were incurred and plaintiff Lexington Insurance Company paid that amount to the Port of Redwood City pursuant to a policy of insurance. By subrogation and assignment, plaintiff is accordingly entitled to maintain this action.

17. The damage to the Port of Redwood City's "F" Dock was proximately caused by the acts, omissions, strict liability, fault and negligence of defendants, their agents, servants, employees, crew and others for whom defendants are responsible, all within the privity and knowledge of defendants.

WHEREFORE, plaintiff Lexington Insurance Company, prays as that:

a. Process in due form of law issue against defendants the Tug VEGA, the Tug OCEAN WRESTLER, their engines, tackle, apparel, appurtenances, etc., and the Barge OCEAN OREGON and all persons claiming any interest in these vessels be cited to appear and answer this complaint;

b. Process in due form of law issue against defendants, Seaway Towing Company, Sea-Link Marine Services Ltd., and David Weiss, citing each to appear and answer this complaint.

c. The court order, adjudge and decree that defendants pay plaintiff the sum of $230,215.17, plus prejudgment interest and costs.

d. The Tug VEGA, the Tug OCEAN WRESTLER, their engines, tackle, apparel, appurtenances, etc., and the Barge OCEAN OREGON be condemned and sold to pay the amount due plaintiff.

e. Plaintiff have such other and further relief as justice may require.

DATED: June 16, 2008           COZEN O'CONNOR

                               By: _____
                                   PHILIP A. FANT
                                   Attorneys for Plaintiff
                                   LEXINGTON INSURANCE COMPANY

COMPLAINT                           3

## VERIFICATION

Philip A. Fant declares:

I am attorney for plaintiff Lexington Insurance Company and make this verification by authority for and on its behalf. I have read the foregoing complaint, know the contents thereof, and from information furnished to me believe the same to be true.

I verify under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

DATED: June 16, 2008

_____
Philip A. Fant