1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Eric Danoff (State Bar #60915)
2  49 Stevenson Street, Suite 400
   San Francisco, CA 94105
3  Telephone:     (415) 227-9455
   Facsimile:     (415) 227-4255
4  E-Mail:        edanoff@edptlaw.com

5  Attorneys for Defendants
   SEA-LINK MARINE SERVICES LTD.,
6  PACIFIC LINK OCEAN SERVICES CORP., and
   DAVID WEISS

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12

13 | LEXINGTON INSURANCE COMPANY,            | Case No.: CV08-2982 SC
14 |           Plaintiff,                     | **STIPULATION AND [PROPOSED]**
15 |     vs.                                  | **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**
16 | TUG VEGA, TUG OCEAN WRESTLER,
17 | their engines, tackle, apparel, appurtenances, etc., and Barge OCEAN OREGON, *in rem*,
18 | SEAWAY TOWING COMPANY, SEA-LINK MARINE SERVICES LTD.,
19 | PACIFIC LINK OCEAN SERVICES AND DAVID WEISS, *in personam*,
20 |           Defendants.
21 | AND RELATED CROSS-ACTIONS

22

23  ///

24  ///

25  ///

26  ///

27  ///

28

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No.: CV08-2982 SC
C:\Documents and Settings\bquintero\Local Settings\Temporary Internet Files\OLK1D\Dismissal (2).doc

1   This case having been fully compromised and settled the parties stipulate pursuant to
2   FRCP Rule 41(a) and request the Court to order that this action (including the Complaint and all
3   Cross-Claims) be fully dismissed with prejudice, each party to bear its own costs.

4

5   DATED: _____ 2009         COZEN O'CONNOR

6

7                               By_____
                                Blanca Quintero
8                               Attorneys for Plaintiff
                                LEXINGTON INSURANCE COMPANY
9

10
11  DATED: May 22 2009          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

12
13                              By_____
                                Eric Danoff
14                              Attorneys for Defendants
                                SEA-LINK MARINE SERVICES LTD.,
                                PACIFIC LINK OCEAN SERVICES CORP., and
15                              DAVID WEISS

16

17  DATED: May 21 2009          GIBSON ROBB & LINDH LLP

18
19                              By_____
                                Joshua Southwick
20                              Attorneys for Defendant
                                SEAWAY TOWING COMPANY
21
    IT IS SO ORDERED
22

23
    DATED: 6/2 2009             _____
24                              IT IS SO ORDERED
                                Judge Samuel Conti
25

26

27

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No.: CV08-2982 SC
C:\Documents and Settings\bquintero\Local Settings\Temporary Internet Files\OLK1D\Dismissal (2).doc